UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOSE LUIS LUNA JIMENEZ, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> BRISON SWEARINGEN, ) <br> KRISTI NOEM, ) <br> PAMELA J. BONDI, ) <br> SAMUEL OLSON, ) <br> U.S. DEPARTMENT OF HOMELAND ) <br> SECURITY, ) <br> EXECUTIVE OFFICE FOR IMMIGRATION ) <br> REVIEW, ) <br> ) <br> Respondents. ) | No. 2:26-cv-00004-JPH-MKK |

**ORDER DIRECTING CLERK TO ISSUE AMENDED FINAL JUDGMENT**

The Court granted Petitioner's petition for a writ of habeas corpus on January 13, 2026, and issued final judgment that same day. Dkts. 14, 15. The final judgment, however, did not specify the relief that was awarded. *See Johnson v. Acevedo*, 572 F.3d 398, 400 (7th Cir. 2009). Accordingly, **the clerk is directed** to issue an amended final judgment consistent with the Court's order granting the petition.

**SO ORDERED.**

Date: 1/22/2026

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

1